TOWN OF SMITHTOWN, Respondent, *v.* EDWIN A. CRUIKSHANK, Appellant.

*Town of Smithtown* v. *Cruikshank*, 164 App. Div. 954, affirmed.
(Argued May 3, 1917; decided May 22, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 5, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action of ejectment. The action was brought to recover a parcel of 182/1000 of an acre of land on the Nissequogue river, Smithtown, described as follows: "Commencing at a stone monument on the northeasterly side of Landing Avenue and running thence north 46° 43' east in a straight line to another stone monument about eighty-one (81) feet; thence running north 41° 37' west sixty-six and four-tenths (66.4) feet to the easterly side of Nissequogue River; thence running southwesterly along the southeasterly side of Nissequogue River until it comes to Landing Avenue, and thence running southerly along the northeasterly side of Landing Avenue to the place of beginning." The defendant was in possession of this property under a deed dated October 24, 1905, and after his purchase had fenced in the property and built a boathouse thereon. Plaintiff claimed title under a grant from the original patentee.

*George W. Wingate* for appellant.

*George B. Keeler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.